FILED

01/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0648

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 23-0648

MONTANA ENVIRONMENTAL
INFORMATION CENTER and
EARTHWORKS,

    Appellees/Plaintiffs,

    vs.

OFFICE OF THE GOVERNOR,

    Appellant/Defendant.

_____

## Grant of Extension
_____

For good cause appearing, Appellant Office of the Governor's Unopposed second motion to extend the deadline for Appellant's opening brief is GRANTED. Mont. R. App. P. 26(2). Appellant's opening brief shall be due on February 16, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 11 2024